**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

WILLIAM L. BROXTON,    :
           :
    **Plaintiff,**   :
           :
  **v.**       :
           :  **No. 7:20-cv-00192-WLS-TQL**
HUGH LAWSON, *et al.*,   :
           :
    **Defendants.** :
           :
_____:

## ORDER

Plaintiff William L. Broxton, a prisoner in the Fairton Federal Correctional Institution in Fairton, New Jersey, filed a 42 U.S.C. § 1983 complaint. Compl., ECF No. 1. He did not, however, use the required civil rights complaint form. *See id.* Accordingly, Plaintiff was ordered to recast his complaint on a § 1983 complaint form. Order, ECF No. 3. Additionally, Plaintiff was ordered to either pay the Court's filing fee or file a motion to proceed *in forma pauperis* with the required supporting documentation. *Id.* Plaintiff was given twenty-one days to comply with the order and was cautioned that his failure to do so could result in the dismissal of this action. *Id.*

More than twenty-one days passed following the entry of that order, and Plaintiff did not file a recast complaint, pay the filing fee, move for leave to proceed *in forma pauperis*, or otherwise respond to the order. Therefore, Plaintiff was ordered to show cause to the Court why this case should not be dismissed for failure to comply with the order to recast his complaint and either pay the filing fee or move for leave to proceed *in forma pauperis*. Order to Show Cause, ECF No. 4. Plaintiff was again given twenty-one

days to respond and was cautioned that his failure to respond would result in the dismissal of this case. *Id.*

More than twenty-one days have now passed since entry of the show cause order, and Plaintiff has not responded to that order. Moreover, mail sent to Plaintiff at the Fairton Correctional Institute – the only address on file for Plaintiff – has been returned to this Court as undeliverable. Mail Returned, ECF No. 5. Plaintiff's failure to keep the Court apprised of his current address constitutes a failure to prosecute this case, and insofar as this Court has no information about Plaintiff's current whereabouts, this case may not proceed.

Thus, because Plaintiff has failed to respond to the Court's orders or otherwise prosecute his case, his complaint is **DISMISSED WITHOUT PREJUDICE**. *See* Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.") (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Cty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)).

**SO ORDERED**, this _8th_ day of February, 2022.

W. Louis Sands

**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**