IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| WILLIAM L. BROXTON, | * |
| Plaintiff, | * |
| v. | Case No. 7:20-cv-192(WLS) |
| | * |
| HUGH LAWSON, et al., | |
| | * |
| Defendants. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated February 8, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 9th day of February, 2022.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk